## Doug Hughes

**From:** Michael J. Poulin <Michael.Poulin@muskegonsheriff.com>
**Sent:** Friday, March 23, 2018 9:59 AM
**To:** Doug Hughes
**Subject:** Harbor Guard Email Thread #5


Michael J. Poulin
Muskegon County Sheriff
990 Terrace St.
Muskegon MI, 49442
231-724-6351



---

**From:** Michael J. Poulin
**Sent:** Friday, March 09, 2018 12:32 PM
**To:** 'tim@harborguardboats.com'
**Cc:** 'danny@harborguardboats.com'; 'Rao Mankal'; Eisenbarth, Mark; 'Doug Hughes'
**Subject:** RE: Boat

Mr. Spooner,

Just checking in for an update on my request to have the fixed equipment installed in Michigan, and a follow-up on the additional equipment?

Thank you.

Michael J. Poulin
Muskegon County Sheriff
990 Terrace St.
Muskegon MI, 49442
231-724-6351



---

**From:** Michael J. Poulin
**Sent:** Friday, March 02, 2018 9:47 AM
**To:** 'tim@harborguardboats.com'
**Cc:** danny@harborguardboats.com; 'Rao Mankal'; Eisenbarth, Mark; 'Doug Hughes'
**Subject:** RE: Boat

Mr. Spooner,

For clarity of the parts we have not received I have attached the following documents.

1

1. Harbor Guard Firehawk 32' "Boat and Trailer Specifications"
2. Harbor Guard Boats Inc. Quote (11/06/2014)
3. Harbor Guard Boats Inc. Invoice (12/10/2014)

On two of the documents you will find areas highlighted in yellow.  These areas either indicate equipment which was never received, completed or had been installed incorrectly per the "Boat and Trailer Specifications" document.

These items are:

1. Boat and Trailer Specifications:

- 3.6 Fuel System: Fuel fill on the starboard side on top of the aft gunwale. (fuel fill was installed on the port side towards the bow)
- 3.7 Electrical System: A Kohler generator located in the bilge area with an hour meter and start button on the dash.  The start button has never worked, requiring staff to start from within the bilge.
- 3.7 Electronics.  3.5" illuminated Ritchie compass on the dash. (Not installed)
- 3.10 Fire Fighting Equipment.  FoamPro 2002 foam proportioning system, FoamPro control display and 20 gallon poly tank. (Not installed)
- 3.11 CBRNE Equipment: (Not received)
    MSA Safesite MTX Multi-Threat Detector System
    Mini rad-V Radiation Detector
    RAE Systems Inc-Multi rae Plus, 4 gas Plus PID Detection
    Thermo Scientific First Defender RM Handheld Raman spectrometer
    Thermo Scientific – Radiation Personal Detection Unit (RadEye PRD p/n 4250671 w/holster
    Pilot house/cabin Ventilation – American Safe Room-ASR 200-AV-Safe Cell NBC air filtration system- 120 cfm, 120v AC, 12 v DC battery Backup, with 6 spare replacement filters.
- 3.12 Loose Equipment.
    Adventure Medical Marine Series 1000 First Aid Kit
    (6) Mustang MD3183 PFD with HIT, USCG Type V Commercial – color red
    (1) Danforth Anchor for boats 31-36'  16lbs.
    (1) PVC coated Anchor Chain Red 5/16 x 5
    (1) 5/8 Premium Anchor Line 300'
    (1) Boat Hook, Flare Kit, Air Horn
    (1) Universal Head Immobilier
    (1) Philips HeartStart Onsite AED
    (1) Professional Trauma Bag

I look forward to hearing from you on having the fixed equipment installed here in Michigan.  With that in mind can you also provide a time-line on when we will receive the additional equipment I have referenced?

Michael J. Poulin
Muskegon County Sheriff
990 Terrace St.
Muskegon MI, 49442
231-724-6351



**From:** Tim Spooner - Harbor Guard [mailto:tim@harborguardboats.com]
**Sent:** Thursday, March 01, 2018 7:10 PM
**To:** Michael J. Poulin
**Cc:** danny@harborguardboats.com; 'Rao Mankal'
**Subject:** re: Boat

Sheriff Poulin,

I received your vmail regarding perhaps having the parts shipped to Muskegon to have installed there instead of bringing the boat back to CA. That is being discussed by management, and may be a better option.

Thanks


Tim Spooner
VP of Sales
Harbor Guard Boats Inc
585-350-5531
tim@harborguardboats.com
www.harborguardboats.com
SKYPE: hgboats

Muskegon MI, 49442
231-724-6351



---

**From:** Michael J. Poulin
**Sent:** Tuesday, January 30, 2018 10:39 AM
**To:** 'tim@harborguardboats.com'
**Subject:** RE: Muskegon County

Thank you for getting back. Please understand that I am concerned that the boat will not be back when our season starts. I would also like to know if we can get our staff members out there the last week it is completed? Our quote included travel for two, to the factory for sea trial and inspection. This also did not happen. Due to the large amount of equipment added to this boat, it will require an operational overview.

Thank you.

Michael J. Poulin
Muskegon County Sheriff
990 Terrace St.
Muskegon MI, 49442
231-724-6351



---

**From:** Tim Spooner - Harbor Guard [mailto:tim@harborguardboats.com]
**Sent:** Tuesday, January 30, 2018 9:59 AM
**To:** Michael J. Poulin
**Subject:** RE: Muskegon County

They want to transport when they have the parts onsite and are ready to focus on. They don't want to transport out and have it sitting around. They would like to have it in/out in 2-3 weeks, when time comes.

Thanks

---

**From:** Michael J. Poulin [mailto:Michael.Poulin@muskegonsheriff.com]
**Sent:** Monday, January 29, 2018 1:21 PM
**To:** 'tim@harborguardboats.com' <tim@harborguardboats.com>
**Subject:** RE: Muskegon County

Mr. Spooner,

Can you give an indication of what that means? This boat could have been transported anytime between my first call (September 2017) and now. I am fearful that our season will be in full swing by the time this happens.

Michael J. Poulin

2

# Doug Hughes

**From:** Michael J. Poulin <Michael.Poulin@muskegonsheriff.com>
**Sent:** Friday, March 23, 2018 9:55 AM
**To:** Doug Hughes
**Subject:** Harbor Guard Email Thread

Michael J. Poulin
Muskegon County Sheriff
990 Terrace St.
Muskegon MI, 49442
231-724-6351



**From:** Tim Spooner - Harbor Guard [mailto:tim@harborguardboats.com]
**Sent:** Monday, January 29, 2018 1:04 PM
**To:** Michael J. Poulin
**Subject:** RE: Muskegon County

Sheriff Poulin,

I'm waiting on a slated date from production.

Thanks

**From:** Michael J. Poulin [mailto:Michael.Poulin@muskegonsheriff.com]
**Sent:** Tuesday, January 23, 2018 3:24 PM
**To:** 'tim@harborguardboats.com' <tim@harborguardboats.com>
**Cc:** Eisenbarth, Mark <EisenbarthMa@co.muskegon.mi.us>; Dick, Beth <DickBe@co.muskegon.mi.us>; 'Doug Hughes' <doughughes@williamshugheslaw.com>
**Subject:** RE: Muskegon County

Mr. Spooner,

Sending a second request from my email from last week. I would appreciate hearing from you, as I am trying to stay ahead of this next year's season.

Michael J. Poulin
Muskegon County Sheriff
990 Terrace St.
Muskegon MI, 49442
231-724-6351

1



**From:** Michael J. Poulin
**Sent:** Wednesday, January 17, 2018 12:01 PM
**To:** 'tim@harborguardboats.com'
**Cc:** Eisenbarth, Mark; Dick, Beth; 'Doug Hughes'
**Subject:** RE: Muskegon County

Mr. Spooner,

Just following up on your schedule to pick up this vessel so the remaining parts can be installed?

Michael J. Poulin
Muskegon County Sheriff
990 Terrace St.
Muskegon MI, 49442
231-724-6351



**From:** Tim Spooner - Harbor Guard [mailto:tim@harborguardboats.com]
**Sent:** Friday, October 06, 2017 12:08 PM
**To:** Michael J. Poulin
**Subject:** RE: Muskegon County

Management prefers to bring the boat back to the factory over the winter for 2-3 weeks to finish up whatever items remain in house.

They will need to get the remaining parts etc onsite, prior to scheduling a driver to pick up the vessel. They are thinking a date can be arranged for after the holidays, when there is a window to focus on it.

Thank you

**From:** Michael J. Poulin [mailto:Michael.Poulin@muskegonsheriff.com]
**Sent:** Thursday, October 5, 2017 4:00 PM
**To:** 'tim@harborguardboats.com' <tim@harborguardboats.com>
**Cc:** Eisenbarth, Mark <EisenbarthMa@co.muskegon.mi.us>; Dick, Beth <DickBe@co.muskegon.mi.us>
**Subject:** RE: Muskegon County

Mr. Spooner,

I would appreciate an update on your email from the 26th.

Thank you.

2

Michael J. Poulin
Muskegon County Sheriff
990 Terrace St.
Muskegon MI, 49442
231-724-6351



---

**From:** Tim Spooner - Harbor Guard [mailto:tim@harborguardboats.com]
**Sent:** Tuesday, September 26, 2017 10:14 AM
**To:** Michael J. Poulin
**Subject:** RE: Muskegon County

Sheriff Poulin,

I'm verifying with management how they will address.

Thank you for your patience.

Tim Spooner
VP of Sales
Harbor Guard Boats Inc
585-350-5531
tim@harborguardboats.com
www.harborguardboats.com
SKYPE: hgboats

---

**From:** Michael J. Poulin [mailto:Michael.Poulin@muskegonsheriff.com]
**Sent:** Tuesday, September 26, 2017 9:46 AM
**To:** 'tim@harborguardboats.com' <tim@harborguardboats.com>
**Cc:** Eisenbarth, Mark <EisenbarthMa@co.muskegon.mi.us>; Dick, Beth <DickBe@co.muskegon.mi.us>
**Subject:** Muskegon County

Mr. Spooner,

I had called yesterday and would appreciate a return call or an email response. I am trying to obtain some additional information on equipment that has not been received by the Sheriff's Office as part of a purchase of a couple of your boats.

I look forward to speaking with you.

Michael J. Poulin
Muskegon County Sheriff
990 Terrace St.
Muskegon MI, 49442
231-724-6351

3



4