UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MUSKEGON COUNTY SHERIFF'S
DEPARTMENT,

        Plaintiff,

v.

HARBOR GUARD BOATS, INC.

        Defendant.

_____/

Case No. 1:18-cv-01074-PLM-RSK

Honorable Paul L. Maloney

Douglas M. Hughes (P30958)
Enrika L. F. McGahan (P55860)
Attorneys for Plaintiff
120 W. Apple Ave., P.O. Box 599
Muskegon, MI 49443-0599
(231) 726-4857
_____/

## APPLICATION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

Plaintiff submits this Application pursuant to Fed.R.Civ.P. 55 and states:

1.    The Summons and Complaint were served on Defendant Harbor Guard Boats, Inc. by personal service on the Registered Agent for Service of Process, Daniel F. Medina, on September 20, 2018.

2.    As of October 15, 2018, Defendant Harbor Guard Boats, Inc., has failed to appear, plead, or otherwise defend as required by Fed.R.Civ.P. 12(a)(1)(A)(i) which allows twenty-one (21) days to file a response.

3.    Upon information and belief, Defendant Harbor Guard Boats, Inc. is an entity incorporated under the laws of the State of California.

4. Upon information and belief, Defendant Harbor Guard Boats, Inc. is not in the active military service.

5. Plaintiff's claim is for a sum certain in the amount of $108,094.28. See attached Affidavit of Sheriff Michael Poulin. (Exhibit 1)

6. Pursuant to Fed.R.Civ.P. 55(a), Plaintiff requests the Clerk to enter the Default of Defendant Harbor Guard Boats, Inc.

7. Pursuant to Fed.R.Civ.P. 55(b)(1), Plaintiff requests the Clerk to enter a Default Judgment in the amount of $108,094.28 plus costs. See attached proposed Default Judgment (Exhibit 2) and proposed Bill of Costs. (Exhibit 3)

WHEREFORE, based on the above, Plaintiff respectfully requests the entry of a Default and a Default Judgment.

Dated: October 23, 2018               WILLIAMS HUGHES PLLC

                                      By: /s/Douglas M. Hughes
                                          Douglas M. Hughes (P30958)
                                          Attorney for Plaintiff
                                          120 W. Apple Avenue
                                          P.O. Box 599
                                          Muskegon, MI 49443-0599
                                          (231) 726-4857