UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Muskegon County Sheriff's Department,<br>    Plaintiff,<br><br>-v-<br><br>Harbor Guard Boats, Inc.,<br>    Defendant. | No. 1:18-cv-1074<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the order entered on this date, and pursuant to Federal Rule of Civil Procedure 55 and 58, **JUDGMENT** hereby enters in favor of Plaintiff.

**IT IS SO ORDERED.**

Date: January 8, 2019              /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        United States District Judge